# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
## Harrisburg Division

| | |
|---|---|
| Victoria Lyn Cabrera,<br><br>*Debtor*. | Case No. 1:25-bk-00098-HWV<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Michael A. Cibik, attorney for Debtors, hereby certify that on January 15, 2025, a true and correct copy of the Motion to Extend the Automatic Stay was served upon the U.S. Trustee and the Chapter 13 Trustee via ECF Notification and by U.S. Mail to the Debtor and all parties from the Creditor Matrix, listed in the attached mailing list, as listed below:

U.S. Trustee - *via ECF*

Jack N. Zaharopoulos, Chapter 13 Trustee - *via ECF*

Debtor: **2018 Market Street Extended, Middletown, PA 17057-3421**

Dated: January 15, 2025        /s/ Michael A. Cibik
                                                            Michael A. Cibik, Principal Attorney
                                                            Cibik Law, P.C., Counsel for Debtors

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Jose Ricardo Cabrera Rodriguez
2018 Market Street Extended
Middletown, PA 17057-3421

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd, Ste 4
Wilmington, DE 19808-2952

Dauphin County Tax Claim Bureau
2 S 2nd St
Harrisburg, PA 17101-2047

First Digital Card
PO Box 85650
Sioux Falls, SD 57118

Harley Davidson Financial
Attn: Bankruptcy
PO Box 22048
Carson City, NV 89721

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Housing Finance Agency
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Purcell, Krug & Haller
Attn: Bankruptcy
1719 N Front St
Harrisburg, PA 17102-2305

Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**U.S. Attorney, Middle District of Pa.**
235 N Washington Ave Ste 311 Scranton, PA 18503-1533

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683