# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
## Harrisburg Division

| | |
|---|---|
| Victoria Lyn Cabrera,<br><br>*Debtor*. | Case No. 1:25-bk-00098-HWV<br>Chapter 13 |

## AFFIDAVIT OF DEBTOR IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY

1. I previously filed a Chapter 13 bankruptcy case on October 16, 2024.

2. My prior case docketed as 1:24-bk-02664-HWV is presently pending within the last year.

3. I filed an emergent petition in my prior case to save my home from foreclosure.

4. My prior case was dismissed for failure to file documents because I was unable to collect the necessary documentation in time for my attorney to draft and file my remaining schedules, statements, and other documents, due to my being in the hospital.

5. Since my prior case was dismissed, I was released from the hospital and was able to collect the necessary documentation. My attorney has filed all my schedules, statements, and other documents in this case, and there is no risk of it being dismissed for failure to file documents.

6. I am not simply attempting to postpone the foreclosure sale of my home, I in good faith believe that I can see my current bankruptcy through to completion successfully.

Date: February 4, 2025

/s/ Victoria Lyn Cabrera
Victoria Lyn Cabrera, Debtor