IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Victoria Lyn Cabrera,

Debtor.

Case No. 1:25-bk-00098-HWV
Chapter 13

## ORDER

Upon consideration of the Debtor's Motion to Extend the Automatic Stay, Doc. 8, and a hearing having been held on February 11, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 11, 2025