| | |
|---|---|
| VICTORIA LYN CABRERA,<br>          Debtor | : BANKRUPTCY NO. 1:25-bk-00098-HWV<br>:<br>: CHAPTER 13<br>: |
| PENNSYLVANIA HOUSING FINANCE<br>AGENCY,<br>          Movant | :<br>:<br>: **HEARING: SEPTEMBER 1, 2026 @ 9:30AM** |
| vs. | :<br>: |
| VICTORIA LYN CABRERA and<br>JACK N. ZAHAROPOULOS, Trustee,<br>          Respondents | :<br>:<br>: |

## MOTION TO OBTAIN RELIEF FROM STAY

TO THE HONORABLE HENRY W. VAN ECK, U. S. BANKRUPTCY JUDGE:

AND NOW comes Pennsylvania Housing Finance Agency, by its attorneys, Purcell, Krug & Haller, and files this Motion to obtain relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code as follows:

1.     That this is a contested matter under Rule 9014 brought pursuant to 11 USC Section 362(d).

2.     Movant, Pennsylvania Housing Finance Agency, is a company with an office located at 211 North Front Street, Harrisburg, Pennsylvania 17101.

3.     Respondent, Victoria Lyn Cabrera, is an adult individual whose last known address is 2018 Market Street Ext, Middletown, PA 17057.

4.     Respondent, Jack N. Zaharopoulos, is the Trustee duly appointed in the above case with a place of business at 8125 Adams Drive, Suite A, Hummelstown, PA 17036.

5.     On or about April 23, 2021, the Debtor executed and delivered a Mortgage Note in the sum of $125,681.00 payable to HomeSale Mortgage LLC.  A copy of the Note is attached hereto as Exhibit "A".

6.   Contemporaneously with and at the time of the execution of the aforesaid Mortgage Note, in order to secure payment of the same, the Debtor and Jose Cabrera made, executed, and delivered to original Mortgagee, a certain real estate Mortgage which is recorded in the Recorder of Deeds Office of the within County and Commonwealth on April 27, 2021 as Instrument Number 20210014138 conveying to original Mortgagee the subject premises.  The Mortgage was subsequently assigned to TOWNE BANK and was recorded on May 28, 2021 as Instrument Number 20210018485.  The

Mortgage was subsequently assigned to PENNSYLVANIA HOUSING FINANCE AGENCY and was recorded in the aforesaid County on May 28, 2021 as Instrument Number 20210018486. A corrective Assignment to Towne Bank was recorded on September 14, 2021 as Instrument Number 20210032113 in order to correct the property address on the originally recorded Assignment. A corrective Assignment to Pennsylvania Housing Finance Agency was recorded on September 14, 2021 as Instrument Number 20210032114 in order to correct the property address on the originally recorded Assignment. The parties entered into a Note/Mortgage Modification Agreement dated August 12, 2021. The Note/Mortgage Modification Agreement was recorded October 22, 2021 as Instrument Number 20210037379. The said Mortgage, Assignments and Note/Mortgage Modification Agreement are incorporated herein by reference.

7.  The land subject to the Mortgage is known and numbered as 2018 Market Street Ext, Middletown, PA 17057.

8.  The balance owed Movant is approximately $140,000.00.

9.  Other known liens against the property are unknown.

10.  The value of the real estate, per Debtor's Schedules, is approximately $155,000.00.

11.  Debtor has failed to make seven (7) post-petition payments to Movant, in the amount of $932.28 each, for a total past due of $6,525.96.

12.  Movant is entitled to relief for cause.

WHEREFORE, Movant prays for the entry of an Order terminating the automatic stay and granting Movant leave to exercise its State Court foreclosure remedies and that such further relief be granted as your Honorable Court deems fair and equitable.

PURCELL, KRUG & HALLER

By:/s/Leon P. Haller
Leon P. Haller
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
lhaller@pkh.com
Attorney ID #15700
Attorney for Movant

Dated: August 7, 2026