UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA LYN CABRERA, | : BANKRUPTCY NO. 1:25-bk-00098-HWV |
| Debtor | : |
| | : CHAPTER 13 |
| | : |
| PENNSYLVANIA HOUSING FINANCE | : |
| AGENCY, | : |
| Movant | : **HEARING: SEPTEMBER 1, 2026 @ 9:30AM** |
| | : |
| vs. | : |
| | : |
| VICTORIA LYN CABRERA and | : |
| JACK N. ZAHAROPOULOS, Trustee, | : |
| Respondents | : |

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED APRIL 23, 2021

Recorded on April 27, 2021 in Dauphin County at Instrument #20210014138.

Property Address:
2018 Market Street Ext, Middletown, PA  17057

Mortgage Servicer:
PENNSYLVANIA HOUSING FINANCE AGENCY

Post-Petition mailing address for Debtors to send payment:
211 North Front Street, Harrisburg, PA  17101

Mortgagor(s)/Debtor(s):
VICTORIA LYN CABRERA
Payments are contractually due:

Monthly ___X___ Semi-Monthly _____ Bi-Weekly _____ Other _____
Each Monthly Payment is comprised of:
Principal and Interest. . . . . . . . ..$   555.63
R.E. Taxes and insurance . . . . .$   355.35
Over/Short Spread            $     21.30

TOTAL. . . . . . . . . . . . . . . ........$  932.28

## POST-PETITION PAYMENTS
## (Petition was filed on JANUARY 15, 2025)

| Payment Amount Due | Date Payment was due | Date Payment was received | Amount received | How Payment was applied (mo.yr.) |
|---|---|---|---|---|
| $ 886.25 | 02/01/2025 | 02/07/2025 | $ 900.00 | 02/01/2025 |
| $ 886.25 | 03/01/2025 | 03/13/2025 | $ 900.00 | 03/01/2025 |
| $ 886.25 | 04/01/2025 | 04/25/2025 | $ 900.00 | 04/01/2025 |
| $ 886.25 | 05/01/2025 | 05/12/2025 | $ 900.00 | 05/01/2025 |
| $ 886.25 | 06/01/2025 | 07/09/2025 | $ 900.00 | 06/01/2025 |
| $ 886.25 | 07/01/2025 | 08/28/2025 | $ 900.00 | 07/01/2025 |
| $ 886.25 | 08/01/2025 | 11/17/2025 | $ 900.00 | 08/01/2025 |
| $ 886.25 | 09/01/2025 | 11/17/2025 | $ 900.00 | 09/01/2025 |
| $ 886.25 | 10/01/2025 | 02/10/2026 | $ 930.00 | 10/01/2025 |
| $ 886.25 | 11/01/2025 | 04/14/2026 | $ 930.00 | 11/01/2025 |
| $ 932.28 | 12/01/2025 | 05/20/2026 | $ 930.00 | 12/01/2025 |
| $ 932.28 | 01/01/2026 | 07/09/2026 | $ 935.00 | 01/01/2026 |

## POST DUE 02/01/2026

TOTAL NUMBER OF POST-PETITION PAYMENT PAST DUE: __7__ as of 08/07/2026

TOTAL AMOUNT OF POST-PETITION ARREARS: $6,525.96 as of 08/07/2026 (seven payments in the amount of $932.28 each).

Dated:__08/07/2026_____  /s/Leon P. Haller_____
Counsel

Pennsylvania Housing Finance Agency
Mortgage Company