UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VICTORIA LYN CABRERA, : BANKRUPTCY NO. 1:25-bk-00098-HWV
              Debtor :
               : CHAPTER 13
               :
PENNSYLVANIA HOUSING FINANCE :
AGENCY, :
           Movant : **HEARING: SEPTEMBER 1, 2026 @ 9:30AM**
               :
     vs. :
               :
VICTORIA LYN CABRERA and :
JACK N. ZAHAROPOULOS, Trustee, :
         Respondents :

CERTIFICATE OF NONCONCURRENCE

Debtor and Trustee have not concurred with the request for relief in this Motion.

/s/Leon P. Haller_____
Leon P. Haller

Dated: August 7, 2026