# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (names(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

**VICTORIA LYN CABRERA,**
**Debtor**

**Chapter: 13**

**Pennsylvania Housing Finance Agency,**
**Movant**

Case number: **1:25-bk-00098-HWV**

Matter: Motion to Obtain Relief From Stay

vs.

**Victoria Lyn Cabrera and Jack N.**
**Zaharopoulos, Trustee,**
**Respondents**

| Notice |
| --- |

Notice is hereby given that:

The debtor filed a Chapter 13 Bankruptcy Petition on January 15, 2025.

A hearing on the above reference matter has been scheduled for:

| United States Bankruptcy Court<br>The Sylvia H. Rambo US Courthouse<br>1501 North 6th Street<br>Bankruptcy Courtroom 4B<br>Harrisburg, PA 17102 | Date: **SEPTEMBER 1, 2026**<br><br>Time: **9:30 A.M.** |
| --- | --- |

Any objection/response to the above referenced matter must be filed and served on or before **August 21, 2026.**

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

| Date: August 7, 2026 | Leon P. Haller, Esquire<br>1719 North Front Street<br>Harrisburg, PA 17102-2392<br>(717) 234-4178<br>lhaller@pkh.com |
| --- | --- |