UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA LYN CABRERA, | : BANKRUPTCY NO. 1:25-bk-00098-HWV |
| Debtor | : |
| | : CHAPTER 13 |
| | : |
| PENNSYLVANIA HOUSING FINANCE | : |
| AGENCY, | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| VICTORIA LYN CABRERA and | : |
| JACK N. ZAHAROPOULOS, Trustee, | : |
| Respondents | : |

**O R D E R**

Upon consideration of the Motion of Pennsylvania Housing Finance Agency to Obtain Relief from

Stay, it appearing to the Court that no Answer or response has been timely filed, the Motion is hereby granted and

the automatic stay is terminated as to the Movant relative to property situate at 2018 Market Street Ext,

Middletown, PA 17057.