**FORM C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

VICTORIA LYN CABRERA )
)  Chapter:        13
)
)  Case Number:    1:25-bk-00098-HWV
)
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 7, 2026 _____, I served a copy of Motion for Relief from Stay and Notice _____ on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| VICTORIA LYN CABRERA<br>2018 Market Street Ext<br>Middletown, PA 17057 | Via U.S. First Class Mail<br>Postage Prepaid |
| MICHAEL A. CIBIK, ESQUIRE | Via Email: ECF/CM |
| JACK N. ZAHAROPOULOS, ESQUIRE | Via Email: ECF/CM |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 08/07/2026 _____

Name: s/ Leon P. Haller _____
*Printed Name of Attorney*
Address: 1719 North Front Street _____

Harrisburg, PA 17102 _____

Revised: 03/22/05